UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEONIDES ROSALES, individually and on behalf of,   Index No.: 18-CV-01291
other similarly situated,                                                          (GRB)(AYS)

                                   Plaintiff,

    -against-

TANDOORI TOUCH, LLC. (d/b/a TANDOORI TOUCH
a/k/a WOK N' TANDOOR a/k/a WOK N' GRILL),
BABAR SHARIF, SHOAIB S. MUHAMMAD
(a/k/a SHAWN M.) and HASAN SULTAN,

                                 Defendant(s),
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

      Please take notice that the undersigned hereby appears as counsel of record for the defendant, SHOAIB S. MUHAMMAD (a/k/a SHAWN M.), all future papers should be served upon the undersigned at the address listed below.

Dated: February 7, 2023
       Hicksville, New York

                                            *Louis F. Chisari*
                                            By: Louis F. Chisari, Esq. (LFC0383)
                                            Marcote & Associates, P.C.
                                            108 New South Road
                                            Hicksville, New York 11801
                                            File No.: MA23-0599
                                            Tel: (516) 280-2281
                                            Fax: (516) 280-2283
                                            E-Mail Address: lchisari@marcotelaw.com

TO:
CSM LEGAL, P.C.
Attorney(s) for Plaintiff: LEONIDES ROSALES
60 East 42nd Street, Suite 4510
New York, New York 10165
via ECF

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 18-cv-01291

___

LEONIDES ROSALES, individually and on behalf of other similarly situated

-against-

TANDOORI TOUCH, LLC. (d/b/a TANDOORI TOUCH a/k/a WOK N' TANDOOR a/k/a WOK N' GRILL), BABAR SHARIF, SHOAIB S. MUHAMMAD (a/k/a SHAWN M.) and HASAN SULTAN,

___

# 'NOTICE OF APPEARANCE'

___

### MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Defendant:
SHOAIB S. MUHAMMAD (a/k/a SHAWN M.)
108 NEW SOUTH ROAD
HICKSVILLE, NEW YORK 11801
PHONE:(516) 280-2281
FAX:   (516) 280-2283

___